| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. S. 08-251 GEB |
| v. | ) | |
| | ) | |
| KINDRA MAXWELL | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:    **KINDRA MAXWELL**
Detained at (custodian):    **SACRAMENTO COUNTY JAIL**
Detainee is:    a.)    (X) charged in this district by: (X) Indictment () Information () Complaint
     charging detainee with: Possession of Stolen Mail and Unlawful Possession and Use of a Means of Identification of Another.
     or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:
Printed Name & Phone No:    /s/ Robin R. Taylor
Attorney of Record for:    AUSA ROBIN R. TAYLOR (916) 554-2722
   United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: January 12, 2009

/s/ Gregory G. Hollows

maxwell.ord      United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): Maxwell, Kindra, Maxwell, Talisha, Maxwell, Kindra Lynn, Mercado, Susana, Larrabee, Kim Edlena, Debbs, Alvarado, Martha, Self, Margie    Female
Booking or CDC #:    X-3042867    DOB:
Facility Address:    651 I Street    Race:
   Sacramento, CA 95814    FBI #:
Facility Phone:    (916) 874-5417
Currently Incarcerated For:    Check Fraud and Identity Theft

### RETURN OF SERVICE

Executed on _____    By: _____
     (Signature)