**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
KINDRA MAXWELL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | Case No. 08-CR-0251 |
| Plaintiff, | ) | **MOTION FOR CONTINUANCE OF STATUS CONFERENCE AND [PROPOSED] ORDER** |
| vs. | ) | |
| **KINDRA MAXWELL**, | ) | |
| Defendant. | ) | |
| _____ | ) | |

–o0o–

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Robin Taylor, counsel for plaintiff, and Attorney Erin J. Radekin, counsel for defendant KINDRA MAXWELL, that the status conference currently set for March 20, 2009 at 9:00 a.m. be vacated and continued to April 17, 2009 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell.

The reason for this request is that additional discovery is forthcoming and additional time is needed for plea negotiations. The Court is advised that Ms. Taylor concurs with this request and has authorized Ms. Radekin to sign this stipulation on her behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 17, 2009 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of

justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 19, 2009  McGREGOR W. SCOTT
United States Attorney

By: /s/ Robin Taylor
ROBIN TAYLOR
Assistant United States Attorney

Dated: March 19, 2009  /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
KINDRA MAXWELL

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of March 20, 2009 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on April 17, 2009 at 9:00 a.m. The court finds excludable time in this matter through April 17, 2009 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

Dated: March 19, 2009

GARLAND E. BURRELL, JR.
United States District Judge